UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL GRISSOM,<br><br>       Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. C18-5720JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

  The court GRANTS Plaintiff Daniel Grissom's *in forma pauperis* application (Dkt. # 1), and ORDERS:

  (1) The Clerk shall issue summonses to Mr. Grissom.

  (2) Mr. Grissom is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4. Mr. Grissom may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with Mr. Grissom's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1     DATED this 6th day of September, 2018.

                                               *JAMES L. ROBART*
                                               United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2