United States ~~Magistrate~~ District Judge James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL GRISSOM,<br><br>                    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>                    Defendant. | CIVIL NO. 3:18-cv-05720-JLR<br><br>ORDER TO STRIKE PLAINTIFF'S MOTION TO REMAND UNDER SENTENCE 6 |

Based on Plaintiff's Unopposed Motion to Strike their Motion to Remand under Sentence 6, (DKT # 11) and the Defendant not opposing the Motion, it is now, hereby,

ORDERED that Plaintiff's Motion to Strike Motion to Strike is **GRANTED**.

DATED this 8th day of Feb, 2019.

_____
James L. Robart
United States ~~Magistrate~~ District Judge

ORDER TO STRIKE PLAINTIFF'S MOTION TO
REMAND UNDER SENTENCE 6 - 1

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584


1 | Presented by:

3 | s/Elie Halpern
Elie Halpern, WSB No.1519
Attorney for Plaintiff

ORDER TO STRIKE PLAINTIFF'S MOTION TO
REMAND UNDER SENTENCE 6 - 2

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584