UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL GRISSOM,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C18-5720JLR

ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE OPENING BRIEF

Before the court is Plaintiff Daniel Grissom's complaint seeking review of the Commissioner of Social Security's decision to deny benefits. (*See* Complaint (Dkt. # 3).) The court issued a scheduling order requiring Plaintiff's opening brief to be filed on February 6, 2019. (Schedule (Dkt. # 10) at 1.) On February 7, 2019, Plaintiff filed an unopposed motion for an extension of time, asking the court to reset the deadline for the opening brief. (*See* Mot. (Dkt. # 12).) The court granted Plaintiff's motion on February 8, 2019, resetting the deadline for Plaintiff's opening brief to February 18, 2019. (Order (Dkt. # 15).) To date, Plaintiff has not filed his opening brief.

//

//

Accordingly, the court ORDERS Plaintiff to show cause on or before March 1, 2019, why this matter should not be dismissed for failure to file the opening brief.

DATED this 25th day of February, 2019.

JAMES L. ROBART
United States District Judge