United States District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL GRISSOM,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY, | CIVIL NO. 3:18-cv-05720-JLR<br><br>ORDER FOR EAJA FEES, COSTS AND EXPENSES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $8,589.19 (which is for work performed by Jeffrey Baird in the amount of $7,145.57 plus work performed by Elie Halpern in the amount of $1,443.55) and expenses in the amount of $1.18 (for postage) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $34.20 (for photocopies) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586; 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at his office at Halpern Olivares PLLC 2102 Carriage Drive SW, Building E102, Olympia, WA 98502; *however,*

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA



Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584

fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Halpern Olivares PLLC, 2102 Carriage Drive SW, Building E102, Olympia, WA 98502.

DATED this 14th day of Sept., 2019.

James L. Robart
United States District Judge

Presented by:

s/Elie Halpern
Elie Halpern, WSB No.
Attorney for Plaintiff



Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584