United States District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL GRISSOM, | ) |
| | ) CIVIL NO. 3:18-cv-05720-JLR |
| Plaintiff, | ) |
| | ) ORDER FOR ATTORNEY'S FEES |
| vs. | ) PURSUANT TO 42 U.S.C. § 406(b) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorney's Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, this motion being unopposed by the Commissioner, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $15,332.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $8,589.12 that previously were awarded, leaving a net fee of $6,742.88. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 1

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Ehalpern7379@gmail.com

attorney the net balance of $6,742.88, minus any applicable processing fees as allowed by statute.

DATED this 27th day of January, 2021.

*[signature]*

James L. Robart
United States District Judge

Presented by:

s/ Elie Halpern_____
Elie Halpern, WSB No. 1519
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 2

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Ehalpern7379@gmail.com